FILED
2015 NOV 20 PM 3:03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TYLER A. FLOOD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 1:14-CV-00898-SS** |
| **MARK HULL and THE LAW OFFICES OF MARK HULL, P.C.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff **Tyler Flood** ("Plaintiff") and Defendants **Mark Hull** and **The Law Offices of Mark Hull, P.C.** ("Defendants") (referred to collectively as the "Parties") jointly stipulate to the voluntary dismissal of this action WITH PREJUDICE (except for the contractual obligations made in the Settlement Agreement, defined below).

In support thereof, Plaintiff and Defendants would show to the Court that, pursuant to the terms of a written settlement letter agreement, dated November 9, 2015 (the "Settlement Agreement"), the Parties have settled all claims and counter-claims arising from or related to the events and transactions which are the subject matter of this cause, except for the contractual obligations expressly made in the Settlement Agreement, which remains in full force and effect. The Parties agree that the Court will retain jurisdiction to enforce the terms of the Settlement Agreement, if necessary. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

Each of the undersigned attorneys for the Parties certifies that he is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO STIPULATED this 9th day of November, 2015.

KENNEDY LITTLE & BURNS PLLC

Neal A. Kennedy
Texas Bar No. 11295100
100 Avenue H, Suite 103
P.O. Box 3013
Marble Falls, Texas 78654
Phone: (830) 798-8311
Fax: (830) 693-4455
Email: neal@klblawfirm.com

ATTORNEY FOR TYLER A. FLOOD

JACKSON WALKER, L.L.P.

Cline H. White
Texas Bar No. 00785229
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Phone: (210) 978-7783
Fax: (210) 242-4683
Email: cwhite@jw.com

ATTORNEY FOR MARK HULL and THE LAW OFFICES OF MARK HULL, P.C.

IT IS SO ORDERED this 20th day of November, 2015.

JUDGE PRESIDING